## Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date __8/14/09__ Case No. __4:06CR 337CEJ__
UNITED STATES OF AMERICA vs. __Gary Kaplan__
Judge __Jackson__ Court Reporter __Gary Bond__
Deputy Clerk __K. Spurgeon__ Interpreter _____
Assistant United States Attorney(s) __Steve Holtshouser, Steve Muchnick, Charles Birmingham__
Attorney(s) for Defendant __Art Margulis, Sr., Dan Cogdell, Freeman Bosley, Jr.__

### Arraignment/Waiver of Indictment/ Plea :
Defendant's age __50__ Education __11th Grade__
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until_____ at_____ a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information ☐ Defendant arraigned
☐ Defendant enters a plea of  ☐ GUILTY  ☐ NOT GUILTY to counts_____ of the
☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

### Change of Plea:
☒ The Court finds the defendant competent to enter a plea of guilty.
☒ By leave of Court, the defendant withdraws former plea of not guilty and enters
   a plea of guilty to count(s) __1, 8, 17__ of the ☐superseding ☒indictment ☐information
☒ Stipulation of facts relative to sentencing filed ☒ with ☐ without plea agreement
☒ The Court adopts and approves ☒ Stipulation of Facts ☐ Plea Agreement
☒ The Court defers the adoption of ☐ Stipulation of Facts ☒ Plea Agreement
   until the date of sentencing   ☐ **Stipulation/plea agreement filed under seal**
☒ Ordered that count(s) __2-7, 9-16__ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant_____ are denied as moot
☒ Sentencing set __10/27/09__ at __11:00__ (a.m.)/p.m.
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☒ Defendant is remanded to custody   ☐ Defendant is released on existing bond
**(If defendant was on bond and is remanded, change location code to "LC.")**
Probation Officer __Suzann Cross__

Defendant attorney present at_____ a.m./p.m.
Proceedings commenced __11:05__ (a.m.)/p.m.   concluded at __12:35__ a.m./(p.m.)