UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S5-4:06CR00337 CEJ |
| | ) | |
| GARY STEPHEN KAPLAN, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT FOR DEFENDANT GARY STEPHEN KAPLAN

Comes now the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser, Steven A. Muchnick, and John M. Bodenhausen, Assistant United States Attorneys for said District, and Charles S. Birmingham, Special Assistant United States Attorney, and for the Government's Response to Presentence Report for Defendant Gary Stephen Kaplan, states as follows:

The Government has no objection to the Presentence Report submitted to the parties so long as the changes which were informally discussed and agreed to with counsel for defendant Gary Stephen Kaplan and the Probation Office are incorporated into the final Presentence Report.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney


*s/Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, 24277
Assistant United States Attorney

*s/Steven A. Muchnick*
STEVEN A. MUCHNICK, 3905
Assistant United States Attorney

*s/John M. Bodenhausen*
JOHN M. BODENHAUSEN, 94806
Assistant United States Attorney

*s/Charles S. Birmingham*
CHARLES S. BIRMINGHAM, 84178
Special Assistant United States Attorney

111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

     I hereby certify that on October 8, 2009, the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Paul D'Agrosa
Law Offices of Wolff & D'Agrosa
[DME Global Mktg. & Fulfillment;
Direct Marketing Expertise, Inc.;
Mobile Promotions, Inc.]

Ralph Timothy Evans
Evans, Grady, Daniel & Moore
[David Carruthers]

N. Scott Rosenblum

Adam Fein
Gilbert Sison
Rosenblum, Schwartz, Rogers & Glass
[David Carruthers]

Brian Steel
The Steel Law Firm
[Neil Kaplan]

Susan S. Kister
Susan S. Kister, P.C.

[Neil Kaplan]

Anne M. Dixon
[Tim Brown]

Alan Ross
Robbins, Tunkey, Ross, Amsel, Raben,
Waxman & Eiglarsh, PA
[William Hernan Lenis]

Burton H. Shostak
Moline, Shostak & Mehan, LLC
[William Luis Lenis]

J. David Bogenschutz
Bogenschutz, Dutko & Kroll, P.A.
[Monica Lenis]

Rick Sindel
Sindel Sindel & Noble, PC
[Manny Gustavo Lenis]

Robert Katzberg
Kaplan & Katzberg
[Lori Kaplan Multz]

James F. Bennett, Esq.
Edward Dowd, Esq.
Robert F. Epperson, Jr.
Dowd, Bennett LLP
[Lori Kaplan Multz]

Jeffrey T. Demerath
Armstrong Teasdale LLP
[BETONSPORTS PLC]

Chris Flood
Flood & Flood
[Gary Kaplan]

Freeman R. Bosley, Jr
[Gary Kaplan]

Arthur S. Margulis

Margulis, Grant & Margulis, P.C.
[Gary Kaplan]

Samuel J. Buffone
Ryan M. Malone
Ropes & Gray LLP
[Gary Kaplan]

Michael J. Rosen
Michael J. Rosen, PA
[Penelope Tucker]

Larry D. Hale
the Hale Law Firm
[Penelope Tucker]


/s/ *Steven A. Muchnick*