# Peter Nguyen

5132 W. 142nd St. • Hawthorne, California 90250 • (310) 365-0442:
E-Mail: knight9d6@hotmail.com

Date: August 21, 2009

**RECEIVED BY MAIL**
AUG 2 4 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Clerk of the Court
111 South 10th St., Suite 3.300
St. Louis, MO 63102

To Clerk of the Court:

This is a letter of petition of pursuant to Rules 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C 853(n)(1). I would like to acknowledge my involvement in the case of U.S. v. Gary Stephen Kaplan, Court Case Number S5-4:06CR337 CEJ. Specifically, I was a client of www.betonsports.com formerly owned by Mr. Kaplan since the beginning of September, 2008 until the end of May, 2009. He and his company was my broker for online sports betting. I can easily recall losing over 100,000 US dollars through www.betonsports.com, which I am currently working diligently to put back my life and recover my losses. Under perjury, I am in the right to claim a portion of the forfeited property from Mr. Kaplan's account that is currently being held by the United States District Court, Eastern District of Missouri, in Bank of America account number XXXXX5233.

Sincerely,

Peter Nguyen, Ma. Ed.
Business Owner/Math Teacher