RECEIVED BY MAIL
AUG 24 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION
COURT CASE NUMBER: S5-4:06CR337 CEJ; NOTICE OF FORFEITURE

To Clerk of the Court, 111 South 10th St., Suite 3.300, St. Louis, MO 63102         8/19/09

From: Joshua Green DOB 12/19/80 of 21 Bayview Rd Niantic CT, 06357 tel. # 860-739-6912

I had an account balance of 6,634.34 with Betonsports.com before their funds where frozen. I had no knowledge at the time that wagering with this company was illegal. I formally petition the Eastern District of Missouri for the return of my account balance of sixty six hundred thirty four dollars and thirty four cents.

Joshua Green   8/19/09