RECEIVED BY MAIL

SEP 08 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Sept. 2, 2009

Patsy Cicalese
110 Ocean Avenue
Monmouth Beach, NJ 07750

Clerk of the Court
111 South 10th Street
Suite 3, 300
Saint Louis, Mo. 63102

Re: S5-4:06 CR337CEJ
Notice for Forfeiture

Dear Clerk of the Court:

Enclosed is documentation from Vantis, who have been appointed liquidators in Antigua of Bet on Sports. My account number with Bet on Sports was 36919, and password "BA". My reference number with Vantis is 5967. The balance due on this account is $13,357.90. The $13,357.90 was an accumulation of bank wire transfers to Bet on Sports from my bank account plus or minus transactions with Bet on Sports in 2005 and 2006.

I am petitioning the Clerk of the Court to be reimbursed this amount. If any additional information is needed, I can be contacted at 732 222-9000 and my email is seasiderunner@comcast.net or address is 110 Ocean Avenue, Monmouth Beach, NJ 07750.

Sincerely,

Pat Cicalese
Cc Assistant United States Attorney Charles S. Birmingham

# Your BetonSports Claim

**Pat Cicalese**
Creditor ref: 5967

BetOnSports Account No: 36919
Email: seasiderunner@comcast.net
Telephone: 732-222 9000
Mailing Address:
110 Ocean Ave Monmouth Beach NJ 07750
monmouth beach
new jersey
u.s.
07750

## Balance: (US)$13,357.90

View your claim history
Update your account details
Contact us

Betonsports (Antigua) Ltd T/a BetonSports – in Liquidation a company registered in Antigua & Barbuda

### Your claim history

- 17 January 2008 @ 13:41 - You changed your address
- 27 August 2009 @ 18:55 - You changed your address

*Times are shown in Greenwich Mean Time (GMT)

You are reminded that insufficient supporting documentation may result in your claim being automatically rejected.

**Supporting Documentation required by Vantis might include:**

- Copy bank statements with the BetOnSports transactions highlighted
- Transaction history to support your claimed balance
- BetOnSports Account statements
- Any other financial documents that support your claim.

**Supporting documentation needs to be sent by mail to:**
Vantis
PO BOX 997
St Albans
AL1 9LQ
United Kingdom



Vantis, PO BOX 997, St Albans, AL1 9LQ, United Kingdom

Vantis Business Recovery Services is a trading division of Vantis Group Ltd, which is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities. Vantis Group Ltd is a Vantis plc group company.

**seasiderunner**

From: "Vantis" <donotreply@betonsports.vantisplc.com>
To: <seasiderunner@comcast.net>
Sent: Tuesday, February 26, 2008 1:46 PM
Subject: BetonSports Update - February 2008

If you cannot read this email please view it online

 Vantis

Dear Pat Cicalese

Further to previous emails advising you that we had been appointed Receiver Managers of BoS (Antigua) Limited, **we now write to report that our appointment as Liquidators has been confirmed** under Antiguan law after an order given by the High Court of Antigua on 8 February 2008.

The transition from Receiver Managers to Liquidators is a move purely to satisfy the requirements of Antiguan law, and does not affect our day to day activities in any material way as far as Betonsports customers/creditors are concerned. We will still be proceeding with the tasks of recovering the company's assets, dealing with creditors' claims and distributing assets to those creditors.

The company's records indicate that you are owed funds by the company in your capacity as a former client of the company, which traded under various trading/brand names detailed on the right hand side of this text.

If you have not already registered your claim with us providing you agree the figure listed on the https://betonsports.vantisplc.com/ website, you should complete the request for information via the weblink at the foot of this notice.

In the event you are not able to accept the accuracy of the company's records in respect of your claim you will be required to submit your own reconciliation, together with copies of all transaction documentation to include proof of funding and full betting history.

Due to the high number of expected incoming claims we regret that we will not be able to reply to individual enquiries regarding claim status for several months. However, confirmation of claim status will be sent out by us in due course, once progress has been made with the collection of the company's assets. Please note that due to the significant number of claimants we anticipate it will take not less than three months to deal with any queries that may arise.

**Vantis**
PO BOX 997,
St Albans,
AL1 9LQ,
United Kingdom

https://betonsports.vantisplc.com/

Your creditor reference:
5967

**Your account details**

A/C No: 36919

Name:
Pat Cicalese
Telephone:
732-859-3689
Address:

**Trading Names/Brands of the BetonSports Group**

- MVP Bets
- BETonSPORTS
- Millennium Sports
- Infinity Sports International
- Gibraltar Sports
- BetOnFantasy N/A
- WagerMail
- BlueGrassSports-N/A
- Millennium Casino
- Infinity Casino
- Gibraltar Casino
- MillPoker
- InfinityPokerClub-N/A

As and when we are able to write further we will do so, and anticipate reporting to you further in May 2008.

To **register your claim** if you have not already done so please complete the details via the weblink below, using your creditor reference **5967**, to confirm your claim against the company. https://betonsports.vantisplc.com/

If **you do not wish to claim** in this matter and do not want to receive any further emails from us please go to https://betonsports.vantisplc.com/cancel.aspx?creditor=5967

Yours faithfully

**PETER WASTELL & NIGEL HAMILTON-SMITH**
Joint Liquidators
For and on behalf of BoS (Antigua) Limited -In Liquidation

- GibraltarPoker-N/A
- BetOnSports
- V-Wager
- Players Super Book
- MVP Sportsbook
- Virtual Bookmaker
- Gecko Casino
- Bogarts Casino
- MVP Casino
- Jackpot Hour
- Toucan Casino
- Bet Jockey
- MVP Racebook
- Bet Horse Tracks
- Live Horse Betting
- Popular Poker
- MVP Poker
- Bogarts Poker
- Poker Elite
- Mardi Gras Poker
- Bettors Net

Vantis Business Recovery Services is a trading division of Vantis Group Ltd, which is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities. Vantis Group Ltd is a Vantis plc group company.

Vantis Group Ltd, a Vantis plc group company, is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities.

The content of this document is intended for general guidance only and, where relevant, represents our understanding of current law and HM Revenue and Customs practice. Action should not be taken without seeking professional advice. No responsibility for loss by any person acting or refraining from action as a result of the material in this document can be accepted and we cannot assume legal liability for any errors or omissions this document may contain. © Vantis, February 2008. All rights reserved.

13,357.⁹⁰

__seasiderunner__

From: "Vantis" <donotreply@betonsports.vantisplc.com>
To: <seasiderunner@comcast.net>
Sent: Thursday, May 08, 2008 11:19 AM
Subject: BetonSports Update - May 2008

If you cannot read this email please view it online

 Vantis

Dear Pat Cicalese

Further to our appointment as liquidators of the above company we write to update you in respect of the progress we have made in respect of this matter.

As you are aware we were appointed Receiver - Managers of the Betonsports (Antigua) Limited on 20 September 2007 and subsequently liquidators on 8 February 2008.

Our duties are primarily to collect in the various assets of the company, and distribute those funds to the creditors of the company.

Asset realisations consist of a number of substantial debtors based in various jurisdictions around the world. In our efforts to realise these debtors we may now have to commence legal proceedings in those jurisdictions. Commencing legal proceedings in foreign jurisdictions is an expensive and time consuming exercise.

Despite circulating emails to 63,000 potential creditors of the company we have only received 7,967 claims. This is partly due to inaccurate email addresses held on the company's database. Over 28,000 emails were not delivered. We therefore have made an application to the High Court in Antigua and Barbuda to request sanction to contact those players who have not claimed by mail & public advertisement.

Therefore we still are not in a position to comment on the quantum and timing of any dividend distribution to creditors in this matter.

However, based on our current knowledge of the affairs of the company, the level of the company's liabilities and potential asset realisations we do not anticipate that any distribution to creditors will be any more than a few cents in the dollar.

If you have not already registered your claim with us and providing you agree the figure listed on the https://betonsports.vantisplc.com/ website, you should complete the request for information via the weblink at the foot

**Vantis**
PO BOX 997,
St Albans,
AL1 9LQ,
United Kingdom

https://betonsports.vantisplc.com/

**Your creditor reference:**
5867

**Your account details**

A/C No: 36919

**Name:**
Pat Cicalese
**Telephone:**
732-859-3589
**Address:**
NULL

**Trading Names/Brands of the BetonSports Group**

- MVP Bets
- BETonSPORTS
- Millennium Sports
- Infinity Sports International
- Gibraltar Sports
- BetOnFantasy N/A
- WagerMall
- BlueGrassSports-N/A
- Millennium Casino
- Infinity Casino
- Gibraltar Casino
- MillPoker

5/11/2008

of this notice.

In the event you are not able to accept the accuracy of the company's records in respect of your claim you will be required to submit your own reconciliation, together with copies of all transaction documentation to include proof of funding and full betting history.

We are still receiving a large number of emails on a daily basis asking for updates. We regret that we will not be able to reply to individual enquiries regarding general updates and will be only reporting to creditors on a periodical basis.

As and when we have anything significant to report to you we will write further, if not we do not anticipate reporting to you further until December 2008.

**To register your claim** if you have not already done so please complete the details via the weblink below, using your creditor reference **5967**, to confirm your claim against the company. https://betonsports.vantisplc.com/

**If you do not wish to claim** in this matter and do not want to receive any further emails from us please go to https://betonsports.vantisplc.com/cancel.aspx?creditor=5967

- InfinityPokerClub-N/A
- GibraltarPoker-N/A
- BetOnSports
- V-Wager
- Players Super Book
- MVP Sportsbook
- Virtual Bookmaker
- Gecko Casino
- Bogarts Casino
- MVP Casino
- Jackpot Hour
- Toucan Casino
- Bet Jockey
- MVP Racebook
- Bet Horse Tracks
- Live Horse Betting
- Popular Poker
- MVP Poker
- Bogarts Poker
- Poker Elite
- Mardi Gras Poker
- Bettors Net

Yours sincerely

**PETER WASTELL & NIGEL HAMILTON-SMITH**
Joint Liquidators
For and on behalf of Betonsports (Antigua) Limited – In Liquidation

Vantis Business Recovery Services is a trading division of Vantis Group Ltd, which is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities. Vantis Group Ltd is a Vantis plc group company.

Vantis Group Ltd, a Vantis plc group company, is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities.

The content of this document is intended for general guidance only and, where relevant, represents our understanding of current law and HM Revenue and Customs practice. Action should not be taken without seeking professional advice. No responsibility for loss by any person acting or refraining from action as a result of the material in this document can be accepted and we cannot assume legal liability for any errors or omissions this document may contain. © Vantis, February 2008. All rights reserved.

5/11/2008

**seasiderunner**

From: "Vantis" <donotreply@betonsports.vantisplc.com>
To: <seasiderunner@comcast.net>
Sent: Friday, May 16, 2008 7:41 AM
Subject: BetonSports Update - May 2008

If you cannot read this email please view it online

 Vantis

Dear Pat Cicalese,

Following feedback from players/creditors/customers in this matter there now follows a more detailed update of the background and our progress in the Liquidation of Betonsports (Antigua) Limited (in liquidation).

Firstly, we have only been formally involved in this matter since September last year. Our appointment as Receivers was confirmed by the Gaming Regulator on the Island of Antigua ("FSRC") on 20 September 2007, and we were later appointed as Liquidators of the company on 6 February 2008.

It is important to note that the company, and the whole Betonsports group, effectively ceased trading in July 2006 (14 months prior to our instruction) as a result of a Restraining Order issued against the group in the US, which was later converted to a full Injunction. Naturally this had a devastating effect on the company's financial position. Over the following months contractual severance and termination costs in respect of the company's call centres, many hundreds of staff, supplier contracts, and finance contracts only served to further increase the liabilities of the company. On 22 November 2006 the FSRC obtained an order of the High Court in Antigua effectively freezing the company's assets and preventing ongoing trading or distribution of assets.

By the time of our appointment, the company's books and records demonstrated that its realisable assets were less than the aggregate of its liabilities, or in short, the company was insolvent. A statement of the company's assets and liabilities provided by the Betonsports board of directors in February 2007, seven months prior to our involvement, shows assets of the company of $10million, and liabilities of $26.9million. Although the liabilities figure includes betters/players/customers balances of $6.8million, we now know that these players are owed over $15.8million (as per the company's database). The company is therefore insolvent, on a book value basis, by over $25million. It is a point to note that the US authorities have taken an active interest in this case, particularly in the actions of some of the Betonsports group directors, but we are unable to comment further as legal proceedings are ongoing.

Turning to the company's assets, we received funds passed to

**Vantis**
PO BOX 997,
St Albans,
AL1 9LQ,
United Kingdom

https://betonsports.vantisplc.com/

Your creditor reference:
5567

**Your account details**

A/C No: 36919

Name:
Pat Cicalese
Telephone:
732-859-3689
Address:
NULL

**Trading Names/Brands of the BetonSports Group**

- MVP Bets
- BETonSPORTS
- Millennium Sports
- Infinity Sports International
- Gibraltar Sports
- BetOnFantasy N/A
- WagerMall
- BlueGrassSports-N/A
- Millennium Casino
- Infinity Casino
- Gibraltar Casino
- MilliPoker

us by FSRC (in respect of asset realisations recovered by it) of $2million. There are outstanding debtors globally of $8million, and it is these funds that we are attempting to collect in the relevant jurisdictions. We have a duty to assess the viability of pursuing these assets, by reference to legal advice and to attempt recovery where it is economic to do so. We have also received the approval of the relevant US authorities for the collection of these debts.

Turning to the creditors, the overriding obligation and intention of the High Court in Antigua, the FSRC, and indeed ourselves is to protect the interests of ALL creditors, and ensure that ALL creditors are contacted as far as possible. Many players have not been reached because they have invalid email addresses, or the database information held for them on the Betonsports system has been corrupted. The responses/claims from player creditors has been disappointing, and we are seeking the guidance of the Court in Antigua to circulate a national newspaper advertisement in the USA, and contact other players by regular mail where email contact has not been possible. All of these actions are under the supervision and sanction of the Court, and the authorities place great emphasis on reaching and paying as many of the players as possible from assets recovered.

With regard to Receiver/Liquidator fees we can advise you that the fee structure confirmed by the FSRC and the High Court in Antigua is 5% of asset recoveries and $20 per creditor claim agreed, reconciled to the Betonsports system, and paid. The 5% collection fee does not apply to funds passed to us by the FSRC. Legal fees and disbursements are charged to the Liquidation estate at cost.

This fee structure does not therefore encourage us to delay in bringing in assets as we are not being paid for our time, only our performance in collecting assets and reaching valid creditors.

As stated in our last email update, we are assessing the viability of legal proceedings to recover the $8million of debtor balances owed to the company. The Betonsports financial books and records are currently being scrutinised and inspected for this purpose.

In the meantime we can assure you that we are seeking the best possible outcome for all concerned.

However, we repeat the comments made in earlier reports in that it is currently impossible to estimate the timing and value of any distribution which may ultimately be returned to the players/creditors.

To register your claim if you have not already done so please complete the details via the weblink below, using your creditor reference **5967**, to confirm your claim against the company.
https://betonsports.vantisplc.com/

**If you do not wish to claim** in this matter and do not want to receive any further emails from us please go to
https://betonsports.vantisplc.com/cancel.aspx?creditor=5967

- InfinityPokerClub-N/A
- GibraltarPoker-N/A
- BetOnSports
- V-Wager
- Players Super Book
- MVP Sportsbook
- Virtual Bookmaker
- Gecko Casino
- Bogarts Casino
- MVP Casino
- Jackpot Hour
- Toucan Casino
- Bet Jockey
- MVP Racebook
- Bet Horse Tracks
- Live Horse Betting
- Popular Poker
- MVP Poker
- Bogarts Poker
- Poker Elite
- Merdi Gras Poker
- Bettors Net

Yours sincerely

8/27/2009

**PETER WASTELL & NIGEL HAMILTON-SMITH**
Joint Liquidators
For and on behalf of Betonsports (Antigua) Limited -In
Liquidation

Vantis Business Recovery Services is a trading division of Vantis Group Ltd, which is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities. Vantis Group Ltd is a Vantis plc group company.

Vantis Group Ltd, a Vantis plc group company, is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities.

The content of this document is intended for general guidance only and, where relevant, represents our understanding of current law and HM Revenue and Customs practice. Action should not be taken without seeking professional advice. No responsibility for loss by any person acting or refraining from action as a result of the material in this document can be accepted and we cannot assume legal liability for any errors or omissions this document may contain. © Vantis, February 2008. All rights reserved.

## seasiderunner

**From:** "betonsports.vantisplc.com" <donotreply@betonsports.vantisplc.com>
**To:** <seasiderunner@comcast.net>
**Sent:** Thursday, July 23, 2009 10:16 AM
**Subject:** Your BetonSports update - July 2009

If you have problems viewing this email, you can view it as a web page.

 Vantis

### Dear BetonSports Customer

Further to our report in December 2008 we write to provide a further UPDATE with regard to Liquidation matters.

Creditors will recall that we were appointed Liquidators of Betonsports (Antigua) Limited ("the Company") by an Order of the High Court in Antigua and Barbuda on 8 February 2008.

In the interim period we have been attempting to recover the assets of the Company and agree the claims of creditors, which comprise gaming players and trade creditors.

## Assets

In our last report we advised that a team from Vantis visited Antigua to scrutinise the Company's books and records to extract further information to support the debt collection exercise. Certain records have still not been located, which remains a matter of concern for us in our conduct in this matter, as it prevents us from pursuing debts due to the Company. We are also making enquiries in Costa Rica with regard to company records allegedly located there.

Where sufficient financial records are available we continue at this time to pursue Company funds located in various jurisdictions including the USA, South Africa and Germany. These funds partly represent international payments in transit frozen by payment processors at the time of the declaration by the U.S government that internet gaming was unlawful. Since our last report we have been able to reconstruct sufficient company records to instruct lawyers to commence recovery of a debt in excess of $2million.

## Creditors

Despite attempting to contact over 89,000 potential creditors by either email, mail or public advertisement, we have only received claims from 9,121 player creditors totaling $8,078,073.

In addition we have received claims from trade creditors

---

**Vantis**
PO BOX 997,
St Albans,
AL1 9LQ,
United Kingdom

https://betonsports.vantisplc.com/

**Your creditor reference:**
**5967**

**Your account details**

A/C No: 36919
Name: Pat Cicalese
Email: seasiderunner@comcast.net
Address:
110 Ocean Ave Monmouth Beach NJ
07750

**Trading Names/Brands of the BetonSports Group**

- MVP Bets
- BETonSPORTS
- Millennium Sports
- Infinity Sports International
- Gibraltar Sports
- BetOnFantasy N/A
- WagerMall
- BlueGrassSports-N/A
- Millennium Casino
- Infinity Casino
- Gibraltar Casino
- MillPoker
- InfinityPokerClub-N/A
- GibraltarPoker-N/A
- BetOnSports

totaling $16,534,761 of which $5,808,012 have been agreed and the balance of which is still being scrutinised against the companies records.

Based on these figures and the asset realisations to date by ourselves and the Gaming Regulator in Antigua, the dividend availability if a distribution were made at this time would be circa 5 cents on the dollar, or 5%.

We therefore consider it imprudent and economically unviable to circulate a dividend at this time, pending possible further assets being recovered as referred to above.

## General

We continue diligently to pursue the assets of the company with a view to maximising the return to the gaming clients and other creditors. We continue to investigate the pre liquidation activities of the Company, and the board of directors, and we have a continuing dialogue with the Department of Justice in the USA with regard to all Liquidation matters.

As stated previously it is not in our interest for matters to become protracted. The High Court in Antigua has decreed that the Liquidators be remunerated on a recovery/performance basis. We continue to seek the best outcome for all parties.

A further update will be circulated in due course.

**To register your claim** if you have not already done so please complete the details via the weblink below, using your creditor reference to confirm your claim against the company.
https://betonsports.vantisplc.com/

**If you do not wish to claim** in this matter and do not want to receive any further emails from us please go to
https://betonsports.vantisplc.com/cancel.aspx?creditor=5967

- V-Wager
- Players Super Book
- MVP Sportsbook
- Virtual Bookmaker
- Gecko Casino
- Bogarts Casino
- MVP Casino
- Jackpot Hour
- Toucan Casino
- Bet Jockey
- MVP Racebook
- Bet Horse Tracks
- Live Horse Betting
- Popular Poker
- MVP Poker
- Bogarts Poker
- Poker Elite
- Mardi Gras Poker
- Bettors Net

Yours sincerely

Joint Liquidators
For and on behalf of BetonSports (Antigua) Limited -In Liquidation

www.vantisplc.com

Vantis Business Recovery Services is a trading division of Vantis Group Ltd, which is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities. Vantis Group Ltd is a Vantis plc group company.

Vantis Group Ltd, a Vantis plc group company, is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities.

This message contains confidential information and is intended only for seasiderunner@comcast.net. If you are not seasiderunner@comcast.net you should not disseminate, distribute or copy this e-mail. Please notify donotreply@betonsports.vantisplc.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information

could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**Legal Information** - Vantis plc is incorporated and registered in England and Wales under the Companies Act 1985. Registered No.4321397. The principal trading companies of Vantis plc are: Vantis Group Ltd (04286461) - Accountants, Business & Tax Advisers (a Vantis plc company, which is regulated by the Institute of Chartered Accountants in England and Wales for a range of investment business activities); Vantis Corporate Finance Ltd (01425890) - authorised and regulated by the Financial Services Authority; Vantis Financial Management Ltd (02639185) - authorised and regulated by the Financial Services Authority; Vantis Tax Ltd (04997302). Other trading entities are: Pass Training Limited (02045681); Vantis Sports Solutions Ltd (04612053); Vantis Rouse Business Centre Ltd (4370644); Vantis BH Ltd (06531576); Vantis KR Limited (6751504), VTL Strategies LLP (OC320064); VTL Trust Ltd (0428648) - authorised and regulated by the Jersey Financial Services Commission. All the above Vantis plc group companies, with the exception of VTL Trust Ltd which is registered at 8th Floor, Union House, Union Street, St Helier, Jersey, JE4 9TZ, are incorporated and registered in England and Wales under the Companies Act 1985, and share the registered office: 82 St. John Street, London EC1M 4JN. A list of Directors' names is open to inspection at this address.

**Disclaimer** - This e-mail and any attachments are strictly confidential and may be legally privileged. It is solely for the addressee. If you are not the intended addressee, or have received this e-mail in error, please notify the sender and delete the e-mail and any attachments immediately. The disclosure, copying or distributing of this e-mail is strictly prohibited and we reserve the right to take legal proceedings against any individual who makes improper use of the information contained within. Whilst we take every effort to ensure any e-mails sent are safe and free from viruses, Vantis cannot be held responsible for any loss arising from unauthorised access to, or interference with, any internet communications by any third party or from the transmission of any viruses. You should make your own arrangements to ensure that this e-mail, any attachments and replies to this e-mail are virus free. We reserve the right to track e-mails in and out of Vantis and the right to read any e-mail or attachment entering or leaving our systems from any source without prior notice. Any information or opinion in this e-mail or it's attachments that does not relate to the business of Vantis is personal to the sender and is not given or endorsed by any of the Vantis plc group companies.

Insolvency license holders, when acting as Administrators or Administrative Receivers act as agents for the relevant company and without personal liability.

**Advice to Clients on US Tax Matters** - Although it may not apply to this assignment, please note that, unless expressly stated otherwise, any written advice contained in, forwarded with, or attached to this communication is not intended or written by Vantis plc or any of its subsidiaries to be used, and cannot be used, by any person for the purpose of avoiding any US penalties that may be imposed under the US Internal Revenue Service Code or for promoting, marketing or recommending to another party any matters addressed herein.

 Please consider the environment before printing this email.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email