**PETITION TO UNITED STATES DISTRICT COURT**
**CLAIM ON FORFEITURE PROPERTY PURSUANT TO 18 U.S.C. § 981**

TO: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF MISSOURI, EASTERN DIVISION
CLERK OF THE COURT
111 South 10th Street Suite 3.300
St. Louis, MO 63102

CC: Assistant United States Attorney Charles S. Birmingham
Thomas F. Eagleton Courthouse
111 South 10th Street, 20th floor
St. Louis, MO 63102

FROM: Jack K. Rohrer
4727 Murat Place
San Diego, CA 92117
SSN: 375542806    Daytime Phone: 858-449-7160

RE: U.S. vs Gary Stephen Kaplan, Court Case Number S5-4:06CR337 CEJ

I, Jack K. Rohrer, assert that I am a victim of the offense committed by the defendant in the subject Court Case S5-4:06CR337 CEJ, U.S. vs Gary Stephen Kaplan, having lost the amount of $228.00 to the defendant as a direct result of that offense or related offense, without having any knowledge that defendant was engaged in illegal activity. The $228 balance reflects the results of sports wagers placed with BetOnSports during the approximate two-month time frame of February to March 2006. I therefore wish to make a claim for $228.00 stemming from this case.

Attached are copies of email correspondence confirming my account status with BetOnSports (Account No. IN246181, Creditor Ref. No. 32021) and acknowledgment by Vantis (Liquidation Receiver-Manager). All email correspondence indicates that my funds are being held indefinitely during the liquidation process. No resolution appears forthcoming.

**DECLARATION**

State of: California    County of: San Diego

I hereby declare under penalty of perjury that the foregoing petition, including any attachments thereto, is true and correct in every respect.

Executed: 9/14/09
[date signed]                              [Signature of Petitioner]

CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-5 to be completed only by document signer (s), *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _Jack Kenneth Rohrer_____    _____
   Signature of Document Signer No. 1                              Signature of Document Signer No. 2 (if any)

STATE OF CALIFORNIA

COUNTY OF _San Diego_

Subscribed and sworn to (or affirmed) before me on this _14th_ day of _September_, _2009_, by
Date / Month / Year

(1) _Jack Kenneth Rohrer_,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(2) _____
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _Swearingen_

[Notary Seal: K. SWEARINGEN, Commission # 1834213, Notary Public - California, San Diego County, My Comm Expires Jan 30, 2013]

Place Notary Seal Above

══════════════════════════OPTIONAL══════════════════════════

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages_____

Signer (s) Other Than Named Above: _____

| Right Thumbprint of Signer # 1 | Right Thumbprint of Signer # 2 |
|---|---|
| Top of thumb here | Top of thumb here |

GF0321 (Rev. 01/08)



Dear JACK K. ROHRER

**Re: Your BetonSports claim (BETonSPORTS)**

We write to advise that on 20th September 2007 that we Nigel Hamilton-Smith and Peter Wastell of Vantis were appointed Receiver-Managers of BoS (Antigua) Limited, a subsidiary of BETonSPORTS PLC which is also in Liquidation under our stewardship.

BoS (Antigua) Limited is a company registered in Antigua and Barbuda, and was the operating company within the BETonSPORTS group responsible for the individual gaming contracts and betting transactions with the players/ customers primarily in the United States of America. Our appointment as Receiver-Managers was made by the Financial Services Regulatory Commission of Antigua and Barbuda ("FSRC"), under the International Business Corporations Act in that jurisdiction.

The company's records indicate that you are owed funds by the company in your capacity as a former client of the company, which traded under various trading/brand names detailed on the right

As Receiver-Managers under Antiguan law, our duties are primarily to collect in the various assets of the company, and distribute those funds to the creditors of the company.

At this early stage we cannot comment on the quantum and timing of any dividend distribution to creditors in this matter, as many of the assets, including debts due and payable to the company, lay in other international jurisdictions. However, based on our current knowledge of the affairs of the company, we anticipate that a return albeit small should be available for distribution to all creditors.

It is now necessary for us to agree the claims of creditors, in anticipation of distributing the assets of the company at some point in the future.

We have interrogated the records of the company, and in consequence believe you to be a creditor.

If you do believe you are a creditor, please complete the request for information via the following weblink
https://betonsports.vantisplc.com/.

In the event you are not able to accept the accuracy of the company's records of your claim you will be required to submit your own reconciliation, together with copies of all transaction documentation to include proof of funding and full betting

**Vantis**
PO BOX 997,
St Albans,
AL1 9LQ,
United Kingdom

https://betonsports.vantisplc.com/

Your creditor
reference: 32021

**Your account details**

A/C No: IN246181

Name:
JACK K. ROHRER
Telephone:
8582731160
Address:
4727 MURAT PL, SAN
DIEGO, CA, US, 92117

## Instructions:

1. **Log into the betonSports claim website** using your creditor reference and email address.
2. **Confirm your contact details**
3. **Agree or Disagree** to the claim amount

**Trading Names/Brands of the BetonSports Group**

- MVP Bets
- BETonSPORTS
- Millennium Sports
- Infinity Sports International
- Gibraltar Sports

history.

Due to the high number of expected incoming claims we regret that we will not be able to reply to individual enquiries regarding claim status for several months. However, confirmation of claim status will be sent out by us in due course, once progress has been made with the collection of the company's assets. Please note that due to the significant number of claimants we anticipate it will take not less than three months to deal with any queries that may arise.

**As and when we are able to write further we will do so, and anticipate reporting to you further in May 2008.**

Please **complete the details via the weblink below, using your creditor reference 32021,** to confirm your claim against the company.

https://betonsports.vantisplc.com/

Yours faithfully

**PETER WASTELL & NIGEL HAMILTON-SMITH
Joint Receiver-Managers
For and on behalf of BoS (Antigua) Limited -In Receivership.**

- BetOnFantasy N/A
- WagerMall
- BlueGrassSports-N/A
- Millennium Casino
- Infinity Casino
- Gibraltar Casino
- MillPoker
- InfinityPokerClub-N/A
- GibraltarPoker-N/A
- BetOnSports
- V-Wager
- Players Super Book
- MVP Sportsbook
- Virtual Bookmaker
- Gecko Casino
- Bogarts Casino
- MVP Casino
- Jackpot Hour
- Toucan Casino
- Bet Jockey
- MVP Racebook
- Bet Horse Tracks
- Live Horse Betting
- Popular Poker
- MVP Poker
- Bogarts Poker
- Poker Elite
- Mardi Gras Poker
- Bettors Net

# Your BetonSports Claim



Telephone: 6582731160
Mailing Address:
4727 MURAT PL
SAN DIEGO
CA
US
92117

**Balance: (US)$228.00**

View your claim history
Update your account details
Contact us

BetonSports (Antigua) Ltd T/a BetonSports – in Liquidation
a company registered in Antigua & Barbuda

## Your claim history



- 19 [illegible] 2007 @ [illegible] - Your claim has been agreed
  [illegible text about claims]

*Times are shown in Greenwich Mean Time (GMT)

