RECEIVED
BY MAIL

OCT 05 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MISSOURI

I
I
I
I

### Case No. S5-4:06CR337 CEJ (United States vs. Kaplan)

I Petition Pursuant to Rule 32.2 (Federal Rules of Criminal Procedure),
and 21 U.S.C 853(n) (1)

I
I
I

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

Petitioner Michael J. Eisenberg, proceeding in propria personna as a non-defendant, affected third party in this criminal case, states under penalty of perjury that the following is true and correct:

In 2006, and for approximately 1 year prior to that, I was the sole owner of account number IN261142 maintained by Bet On Sports a wholly owned subsidiary of BetonSports, the company that defendant Gary Stephen Kaplan operated, and which is the subject of the case captioned above. My dollar balance in that account was approximately **$1040.25** (One thousand forty dollars and twenty five cents). When BetonSports executive David Carruthers was arrested in the United States in mid-2006, this account was immediately frozen, and I have never been able to redeem any funds from that account.

I have proceeded through Vantis, the British Accountants attempting to process account claims under the BetonSports umbrella. My Vantis reference number is 34172. I have received no reimbursements of any kind from Vantis, or any other source in this matter.

I claim **$1040.25**, together with accrued interest at a rate to be determined by the Court, of the $43,650,000 which was transferred to the United States in this matter. This claim is based on the fact that account holders of the BetonSports companies, including petitioner, have a right which is vested, and is superior to the United states, because those account holders are bonafide legal and equitable creditors of the Kaplan/BetonSports companies.

MJE

This claim is further based on the existence of a constructive trust which holds the Kaplan funds, this constructive trust being necessary to prevent the unjust enrichment of the United States at the expense of creditors of Kaplan and the BetonSports umbrella companies.

The above is true and correct. Executed under penalty of perjury this 24 day of August, 2009, in Las Vegas, Nevada.

_____
Michael J. Eisenberg

8120 Palace Estate Ave
Las Vegas, Nevada 89117
702-243-0752
mikeeisenberg@cox.net

Proof of service. Copies mailed to:

Clerk of the Court
Eastern District of Missouri
111 South 10th Street, Suite 3.300
St. Louis, MO  63102

Assistant United States Attorney Charles S. Birmingham
Thomas F. Eagleton Courthouse
111 South 10th Street – 20th Floor
St. Louis, MO  63102

MJE