IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) S5-4:06CR337 CEJ |
| GARY STEPHEN KAPLAN | ) |
| Defendant. | ) |

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 18, 2009 and ending on September 16, 2009. (See, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2009 at St. Louis, MO.

*Janet Gum*
Janet Gum
Paralegal Specialist

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION
COURT CASE NUMBER: S5-4:06CR337 CEJ; NOTICE OF FORFEITURE

Notice is hereby given that on August 14, 2009, in the case of U.S. v. Gary Stephen Kaplan, Court Case Number S5-4:06CR337 CEJ, the United States District Court for the Eastern District of Missouri entered an Order condemning and forfeiting the following property to the United States of America:

> Approximately $43,650,000.00 in U.S. Currency presently held by the United States District Court, Eastern District of Missouri, in Bank of America account number XXXXX5233 which was transferred on or about July 31, 2009, from Leecroft Investments Group's Swiss bank account at Banque Privee Edmond de Rothschild S.A., Account number XXXXX0347 (09-IRS-000847).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 18, 2009) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 111 South 10th St., Suite 3.300, St. Louis, MO 63102, and a copy served upon Assistant United States Attorney Charles S. Birmingham, Thomas F. Eagleton Courthouse, 111 South Tenth Street, 20th Floor, St. Louis, MO 63102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 18, 2009 and September 16, 2009. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. GARY STEPHEN KAPLAN

**Court Case No:** S5-4:06CR337 CEJ
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/18/2009 | 23.5 | Verified |
| 2 | 08/19/2009 | 23.6 | Verified |
| 3 | 08/20/2009 | 23.6 | Verified |
| 4 | 08/21/2009 | 23.5 | Verified |
| 5 | 08/22/2009 | 23.5 | Verified |
| 6 | 08/23/2009 | 23.6 | Verified |
| 7 | 08/24/2009 | 23.5 | Verified |
| 8 | 08/25/2009 | 23.6 | Verified |
| 9 | 08/26/2009 | 23.5 | Verified |
| 10 | 08/27/2009 | 23.5 | Verified |
| 11 | 08/28/2009 | 23.5 | Verified |
| 12 | 08/29/2009 | 22.4 | Verified |
| 13 | 08/30/2009 | 23.5 | Verified |
| 14 | 08/31/2009 | 23.5 | Verified |
| 15 | 09/01/2009 | 23.5 | Verified |
| 16 | 09/02/2009 | 23.5 | Verified |
| 17 | 09/03/2009 | 23.5 | Verified |
| 18 | 09/04/2009 | 23.5 | Verified |
| 19 | 09/05/2009 | 23.1 | Verified |
| 20 | 09/06/2009 | 23.5 | Verified |
| 21 | 09/07/2009 | 23.5 | Verified |
| 22 | 09/08/2009 | 23.4 | Verified |
| 23 | 09/09/2009 | 23.5 | Verified |
| 24 | 09/10/2009 | 23.5 | Verified |
| 25 | 09/11/2009 | 23.5 | Verified |
| 26 | 09/12/2009 | 21.3 | Verified |
| 27 | 09/13/2009 | 21.3 | Verified |
| 28 | 09/14/2009 | 22.4 | Verified |
| 29 | 09/15/2009 | 22.5 | Verified |
| 30 | 09/16/2009 | 23.5 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.