UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S5-4:06CR00337 CEJ (MLM) |
| | ) | |
| | ) | |
| GARY KAPLAN, and | ) | |
| NEIL KAPLAN | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO DISMISS PETITIONS
FILED BY THIRD PARTIES PURSUANT TO CRIMINAL RULE 32.2(c)(1)(A)**

COMES NOW the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Charles S. Birmingham, Special Assistant United States Attorney for said District, and respectfully moves, pursuant to Rule 32.2(c)(1)(A), to dismiss third-party petitions filed by Pat Cicalese, James R. Thompson, Jack Rohrer, Michael J. Eisenberg, Joshua Greene, Peter Nguyen, and William Waters. The reasons supporting this motion are set forth in the accompanying:

**MEMORANDUM IN SUPPORT OF THE UNITED STATES MOTION TO DISMISS THIRD PARTY CLAIMS PURSUANT TO RULE 32.2(c)(1)(A).**

WHEREFORE, Petitioner United States of America respectfully requests that the instant motion be Granted and that the third-party petitions be dismissed.

                                                Respectfully submitted,

                                                MICHAEL W. REAP
                                                Acting United States Attorney

                                                */s/ Charles S. Birmingham*
                                                CHARLES S. BIRMINGHAM #84178
                                                Special Assistant United States Attorney
                                                111 South Tenth Street, 20th Floor
                                                St. Louis, Missouri  63102
                                                314-539-2200

**CERTIFICATE OF SERVICE**

  I hereby certify that on ___October 20, 2009___, the foregoing and the attached Memorandum in Support were mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

Patsy Cicalese
110 Ocean Avenue
Monmouth Beach, NY 07750

James R. Thompson
54 Tunnel Road
Berkeley, CA 94705

Jack K. Rohrer
4727 Murat Place
San Diego, CA 92117

Michael J. Eisenburg
8120 Palace Estate Avenue
Las Vegas, NV 89117

Joshua Green
21 Bayview Road
Niantic, CT 06357

Peter Nguyen
5132 W. 142nd Street
Hawthorne, CA 90250

William Waters
809 Mercer Street
Gloucester City, NY 08030

*/s/ Charles S. Birmingham*
CHARLES S. BIRMINGHAM
Special Assistant United States Attorney